BARRUS and others, Respondents, vs. DUXSTAD and another, Appellants. [Four cases.]

*October 17—November 20, 1945.*

The cause was submitted for the appellants on the brief of *Dougherty, Grubb & Ryan* of Janesville, and for the respondents on the brief of *McGowan & Geffs* of Janesville.

FRITZ, J. The sole question involved herein is whether there was sufficient credible evidence to sustain the jury's findings that Pearl Duxstad was guilty of negligence in respect to lookout, management and control, which proximately caused the damages sustained by plaintiffs. Upon reviewing the record, it is evident that there was sufficient evidence, which could be considered credible by the jury, to warrant its findings; that upon the ultimate facts found thereby the plaintiffs are entitled to recover, as is provided in the judgments;

and that as defendants do not contend there was prejudicial error in any other respect the judgments must be affirmed.

*By the Court.*—Judgments affirmed.